# IN THE MISSOURI COURT OF APPEALS
## JUNE 3, 2014
## WESTERN DISTRICT

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b) AND ISSUED PER CURIAM**

----------------------------------------------------------------------------------------------

| | |
|---|---|
| WD75898 | Carla Steck and Charles Steck vs. Steve Watkins |
| WD76553 | Ruby Richmond vs. Division of Employment Security |
| WD76554 | Consolidated with WD76553 |
| WD76555 | Consolidated with WD76553 |
| WD76556 | Consolidated with WD76553 |
| WD76604 | Christen Storla vs. Shawn Schultz and Karen Grove |
| WD76763 | Dawn Stewart vs. Division of Employment Security |

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b) AND ISSUED PER CURIAM**

----------------------------------------------------------------------------------------------

**None**